# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0488. BERLON v. WENGRYN ET AL.

This appeal was docketed in this Court on November 13, 2013. Appellant's brief, including enumerations of error, was due to be filed no later than December 3, 2013. Court of Appeals Rule 23 (a). Appellant, however, failed to file a brief or a motion seeking an extension of time in which to do so. On December 17, 2013, Appellee filed a motion to dismiss the appeal based upon appellant's failure to file and, still, no brief has been filed. Accordingly, appellee's motion is hereby GRANTED and the above-captioned appeal is DISMISSED. Court of Appeals Rules 7 and 23 (a). Appellees' motion for frivolous appeal penalty is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/15/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*